UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOEL RIDLEY,

Defendant.

)
)
)
)
)
)
)
)
)
)

No. CR25-065-JHC

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE

THE COURT has considered Joel Ridley's unopposed motion to extend the pretrial motions deadline along with the records in this case.  Dkt. # 24.

IT IS ORDERED that the due date for pretrial motions is extended from February 17, 2026, to March 3, 2026.

DONE this 17th day of February 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*United States v. Ridley*, CR25-065-JHC) - 1