UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR25-065-JHC |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER TO EXTEND PRETRIAL |
| | ) MOTIONS DEADLINE |
| JOEL RIDLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

THE COURT has considered Joel Ridley's unopposed motion to extend the pretrial motions deadline along with the records in this case.  Dkt. # 29.

IT IS ORDERED that the due date for pretrial motions is extended from April 20, 2026, to May 4, 2026.

DONE this 20th day of April 2026.

*John H. Chun*

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*United States v. Ridley*, CR25-065-JHC) - 1